IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **11-cv-1064-AP**

**WAYNE R. STUART,**

   Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

   Defendant.

## ORDER OF DISMISSAL

Kane, J.

  Defendant's Unopposed Motion to Dismiss Complaint (doc. #9), filed June 20, 2011, is **GRANTED**.

  This civil action is **DISMISSED** for lack of jurisdiction.  It is the court's understanding that the case has been returned to the agency's hearing office for a reconsideration determination and final decision by the agency.

  Dated:  June 21, 2011.

                BY THE COURT:

                *s/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT